IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

**Civil Action No. 04-CV-00931-LTB-MJW**

ERNEST STANTON,

Plaintiff(s),

v.

YANCEY'S FOOD SERVICE CORPORATION,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Unopposed Motion for Extension of Time to Disclose Experts, (DN 36) filed with the court on July 20, 2005, is GRANTED. Plaintiff's expert disclosures deadline shall be extended up to and including August 26, 2005, and rebuttal expert disclosures deadline shall be extended up to and including September 12, 2005.

    It is FURTHER ORDERED that the Unopposed Motion to Amend Scheduling Order, (DN 34) filed with the Court on July 20, 2005, is GRANTED. The scheduling order is amended as follows:

    Discovery cutoff date is extended up to and including October 24, 2005;

    Dispositive motion deadline is extended up to and including November 23, 2005;

    Deadline for Interrogatories is extended up to and including September 23, 2005;

    Request for Production of Documents deadline is extended up to and including September 23, 2005;

    Request for Admissions deadline is extended up to and including September 23, 2005; and,

    The Settlement Conference set on July 26, 2005, at 3:00 p.m., is VACATED and may be reset by upon written motion from the parties.

Date:  July 26, 2005