IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

**Civil Action No. 04-CV-00931-LTB-MJW**

ERNEST STANTON,

Plaintiff(s),

v.

YANCEY'S FOOD SERVICE CORPORATION,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the defendant's Motion to Withdraw Motion to Compel, which was filed on July 27, 2005 (Docket No. 44), is granted.  Accordingly, Defendant's Motion to Compel, filed on June 16, 2005 (Docket No. 23), is deemed withdrawn.

Date: August 5, 2005