Case 1:04-cv-00931-LTB-MJW   Document 49   Filed 10/24/2005   Page 4 of 6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 04-CV-00931-LTB-MJW

ERNEST STANTON,

      Plaintiff,

vs.

YANCEY'S FOOD SERVICE CORPORATION

      Defendant.

## AMENDED SCHEDULING ORDER

It is hereby ORDERED that the Unopposed Motion to Amend Scheduling Order filed with this Court on October 24, 2005 is GRANTED. The Scheduling Order is amended as follows:

    a.    The discovery cutoff date is extended up to and including January 22, 2006;

    b.    The deadline for Interrogatories is extended up to and including December 23, 2005;

    c.    The deadline for Requests for Production is extended up to and including December 23, 2005;

    d.    The deadline for Requests for Admission is extended up to and including December 23, 2005;

    e.    The dispositive motions deadline is extended up to and including February 21, 2006; and

    f.    The pretrial conference scheduled for November 18, 2005 at 8:30 is VACATED and will be reset to a date within 30 days from the discovery cutoff date. The proposed final pretrial order shall be submitted five days before the hearing date.

Case 1:04-cv-00931-LTB-MJW   Document 49   Filed 10/24/2005   Page 5 of 6

Done this 27TH day of October, 2005.

By the Court:

*[signature]*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE