**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE**

Civil Action No.: 04-CV-00931-LTB-MJW

ERNEST STANTON,

    Plaintiff,

vs.

YANCEY'S FOOD SERVICE CORPORATION,

    Defendant.

_____

**AMENDED SCHEDULING ORDER
(DN 5)**
_____

    It is hereby ORDERED that the Motion to Amend Scheduling Order filed with this Court on January 20, 2006 is GRANTED. The Scheduling Order is amended as follows:

    a.    The discovery cutoff date for depositions is extended up to and including March 15, 2006;

    b.    The pretrial conference will be reset April 18, 2006, at 8:30 a.m. The proposed final pretrial order shall be submitted five days prior to the pretrial conference date.

    Done this 24th Day of January, 2006.

        By the Court:

        <u>S/MICHAEL J. WATANABE</u>

        United States Magistrate Judge