IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

**Civil Action No. 04-CV-00931-LTB-MJW**

ERNEST STANTON,

Plaintiff(s),

v.

YANCEY'S FOOD SERVICE CORPORATION,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Motion to Amend Scheduling Order (docket no. 61) is GRANTED. The deadline to complete discovery is extended to April 4, 2006, for the limited purpose of completing the Defendant's deposition. The Rule 16 Scheduling Order is amended consistent with this minute order.

Date: March 17, 2006