IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 04-CV-00931-LTB-MJW**

ERNEST STANTON,

Plaintiff,

v.

YANCEY'S FOOD SERVICE CORPORATION,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Unopposed Motion to Amend Scheduling Order, which was filed on April 4, 2006 (docket no. 69), is GRANTED. The deadline to complete discovery is extended up to and including April 30, 2006, for the limited purpose of completing the Defendant's deposition. The Rule 16 Scheduling Order is amended consistent with this Minute Order.

Date: April 6, 2006