IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 04-cv-00931-LTB-MJW

ERNEST STANTON,

    Plaintiff,

vs.

YANCEY'S FOOD SERVICE CORPORATION

    Defendant.

---

## ~~AMENDED SCHEDULING~~ ORDER
( Docket No. 86 )

It is hereby ORDERED that the Second Motion to Amend Scheduling Order filed with this Court on April 27, 2006 is GRANTED. The Scheduling Order is amended as follows:

The discovery cut-off date for the taking of Defendant's deposition is extended up to and including May 4, 2006.

DONE this 28TH day of April, 2006.

_____
~~District Court Judge~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE

N:\S\Stanton-Ernest_09148\Yanceys
Food_1\Plead\Proposed Order re Unopposed Mtn to
Amend Scheduling Order.doc