**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 04-cv-00931-LTB-MJW

ERNEST STANTON,

    Plaintiff,

vs.

YANCEY'S FOOD SERVICE CORPORATION

    Defendant.

_____

**ORDER RE:  MOTION FOR WITHDRAWAL**
_____

    This matter having come before the Court upon Eric B. Liebman and Shannon M. Bell's Motion to Withdraw as counsel for Plaintiff, and the Court having reviewed the grounds therefore,

    HEREBY GRANTS the Motion for Withdrawal, and as of the date of this Order, Mr. Eric B. Liebman and Ms. Shannon M. Bell are no longer counsel of record for the Plaintiff, Ernest Stanton.

    Done this __20th__ day of __July__, 2006.

                                               By the Court:

                                               ___s/Lewis T. Babcock_____
                                               Chief Judge, United States District Court